UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-112-SPC-NPM

MATTHEW CHRISTIAN
STEVENS

## **ORDER**[1]

Before the Court is Defendant Matthew Christian Stevens' Consent to Transfer of Case for Plea and Sentence. (Doc. 6). Federal Rule of Criminal Procedure 20 governs his motion:

> A prosecution may be transferred from the district where the indictment . . . is pending, . . . to the district where the defendant is arrested, held, or present if: (1) the defendant states in writing a wish to plead guilty or nolo contendere and to waive trial in the district where the indictment . . . is pending, consents in writing to the court's disposing of the case in the transferee district, and files the statement in the transferee district; and (2) the Untied States attorneys in both districts approve the transfer in writing.

Fed. R. Crim. P. 20(a). After receiving said approvals and the defendant's statement, the rule requires the clerk to send the file to the clerk in the transferee district. Fed. R. Crim. P. 20(b).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Defendant is being held in the United States District Court for the Northern District of Ohio, Western Division. And he wants to plead guilty to this charged offense there and waives trial here. He also consents to the Northern District of Ohio disposing this action. The Acting United States Attorneys for this District and the Northern District of Ohio both consent to the transfer. Because Rule 20 has been satisfied, the Court grants Defendant's motion.

Accordingly, it is now

**ORDERED:**

Defendant Matthew Christian Stevens' Consent to Transfer of Case for Plea and Sentence (Doc. 6) is **GRANTED**. The Clerk is **DIRECTED** to send this action's file, or a certified copy, to the Clerk of the United States District Court for the Northern District of Ohio.

**DONE AND ORDERED** in Fort Myers, Florida on June 7, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record